IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HASHIM MUSTAFA, MICHAEL FOUNTAIN,
ROBERT HARRISON, MALCOLM JACKSON,
J.C. VERSIE, RAY WALTER and TITUS
WILLIS                                                                                    PLAINTIFFS

VS.                                              4:03CV00304

UNITED AUTO GROUP, STEVE
LANDERS, SR., DWIGHT EVERETT                                              DEFENDANTS

## ORDER

Pending are Plaintiffs' motion in limine, (docket # 62), Defendants' motion in limine, (docket # 61) and Plaintiffs' motion for reconsideration, (docket # 67). For the reasons stated on the record on this date, the motions in limine, docket # 62 and 61, are granted in part and denied in part. Those issues on which the Court was unable to rule will be decided at trial. Plaintiffs' motion for reconsideration, docket # 67, is denied.

IT IS SO ORDERED this 29th day of July, 2005.

_____
James M. Moody
United States District Judge