FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 22 2005

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HASHIM MUSTAFA, MICHAEL FOUNTAIN,
ROBERT HARRISON, MALCOLM JACKSON,
RAY WALTER and TITUS WILLIS                                    Plaintiffs

vs.                              4:03-CV-304 JMM

UNITED AUTO GROUP, DWIGHT EVERETT
and STEVE LANDERS, SR.                                         Defendants

## JUDGMENT ON JURY VERDICT

This action came on for trial July 29, 2005, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

At the conclusion of the Plaintiffs' proof, the Court granted Defendants' Motion for Judgment as a Matter of Law on the claims of Robert Harrison for the reasons stated on the record in open court.

Thereafter, the issues having been duly tried as to the remaining Plaintiffs, the jury, after deliberating thereon, returned verdicts on August 19, 2005, in favor of the Defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiffs' Hashim Mustafa, Michael Fountain, Malcolm Jackson, Ray Walter and Titus Willis take nothing on their complaint filed herein, and the same be, and it is hereby, dismissed.

At the conclusion of all the evidence, the Court took under advisement certain issues raised by the Defendants on their Motion for Judgment as a Matter of Law presented orally to the Court. As to all such issues, the Court finds that Defendants' motion should be, and it is hereby, denied.

Dated this 22nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE